## 270

**No. 55715.**—Chong Sing & Co. and Fung Chong Co. v. United States, protests 966660–G and 996902–G (San Francisco).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55716.**—The Dayton Co. et al. v. United States, protests 50874–K, etc. (Minneapolis).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55717.**—Distillers Distributing Co. et al. v. United States, protests 115079–K, etc. (San Francisco).

Opinion by Ekwall, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.